WEST POINT ISLAND CIVIC ASSOCIATION, *ET ALS.*, PLAINTIFFS-RESPONDENTS, v. TOWNSHIP COMMITTEE OF THE TOWNSHIP OF DOVER, DEFENDANT-PETITIONER.

See same case below: 93 *N. J. Super.* 206.

*Messrs. Camp & Simmons* for the petitioner.

*Mr. William Miller* for the respondent.

February 15, 1967. Denied.

ROBERT J. TRAPANESE, PLAINTIFF-RESPONDENT, v. ADVANCE AUTO RENTAL SYSTEM, INC., *ET ALS.*, DEFENDANTS AND PETER G. VERHEYLEWEGHEN AND ARNOLD I. ISRAEL, DEFENDANTS-PETITIONERS.

*Messrs. Warren, Chasan, Leyner & Holland* and *Messrs. Beggans & Keale* for the petitioners.

*Messrs. Krieger, Chodash & Politan* for the respondent.

*Messrs. Milton, Keane & DeBona* and *Mr. Lawrence S. Grossman* for the defendants.

February 15, 1967. Denied.

J & M LAND COMPANY, PLAINTIFF-PETITIONER, v. WILDLIFE PRESERVE, INC., *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mr. Joseph E. Robertson* and *Messrs. Miller, Brone, Valore & McAllister* for the petitioner.

*Messrs. Brown & Frank* for the respondents.

February 15, 1967. Denied.